IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LYNN REPLOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     John M. Lefler's motion to withdraw (filing 82) is granted;

(2)     Magistrate Judge Piester is requested to appoint counsel to advise the defendant regarding the pending petition for offender under supervision (filing 80);

(3)     The newly-appointed attorney shall file an appearance immediately upon appointment;

(4)     The Federal Public Defender shall provide the newly-appointed attorney with a CJA voucher.

October 20, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge