IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LYNN J. REPLOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Replogle's revocation hearing before the undersigned United States district judge is rescheduled to Friday, December 9, 2005, from 1:30-4:30 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and Untied States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

November 8, 2005.       BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge