IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| LYNN REPLOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notification that the defendant has used a controlled substance subsequent to sentencing,

IT IS ORDERED that the defendant shall surrender for service of sentence no later than 2:00 p.m. on Monday, January 9, 2006. He shall surrender to the United States Marshals Service on the fifth floor of the federal building in Lincoln, Nebraska.

January 9, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge