IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR121 |
| ) | |
| LYNN REPLOGLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 104, now set for July 8, 2008, at 12:30 p.m. until a date and time certain in approximately three and one half months. The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until November 18, 2008 at 1:00 p.m. The defendant is ordered to appear at such time.

July 7, 2008.                                      BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge