IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No.  4:01CR121 |
|  | ) |  |
| LYNN REPLOGLE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 108, now set for January 8, 2009, at 1:00 p.m., until a date and time certain in approximately one month.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 10th day of February, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 5th day of January, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge