IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:01CR121 |
| | ) | |
| LYNN REPLOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 110, now set for February 10, 2009, at 1:00 p.m., until a date and time certain in approximately 30 days.  The Court, being fully advised in the premises, and noting that the parties have no objection, finds said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 13th day of March, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 6th day of February, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge