IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR121 |
| | ) | |
| v. | ) | |
| | ) | |
| LYNN REPLOGLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On November 18, 2008, the defendant appeared in person with his attorney, John C. Vanderslice.  The United States was represented by Nancy Svoboda, Assistant United States Attorney.  Defendant admits he violated Standard Condition #7 of his terms and conditions of supervised release.  The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 99).

     On March 13, 2009, the disposition hearing was held.  The United States was represented by Steve Russell, Assistant United States Attorney.  The defendant was present and represented by his attorney, John C. Vanderslice.

     IT IS ORDERED: Defendant's term of supervised release is revoked and the conditions of supervised release are extended from December 13, 2008, until March 13, 2009, at which time at the conclusion of March 13, 2009,  the terms and conditions of supervised release will end.

     DATED this 16th day of March, 2009.

                                                        BY THE COURT:

                                                        *s/Richard G. Kopf*
                                                        United States District Judge